## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Andrew Stevens Wordes**
335 Alpine Dr
Roswell, GA 30075

Case No.: **11–69660–wlh**
Chapter: **7**

xxx–xx–0121

## ORDER CLOSING CASE WITHOUT DISCHARGE

    It appears Debtor has not completed the instructional course concerning personal financial management required for discharge pursuant to 11 U.S.C. § 727(a)(11), as a Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management has not been filed. Accordingly, it is

    **ORDERED** that the above–captioned case is closed without entry of discharge.

    **IT IS FURTHER ORDERED** that the estate is closed, and Trustee is discharged from and relieved of said trust.

DATED:  June 18, 2012

_Wendy L. Hagenau_
Wendy L. Hagenau
United States Bankruptcy Judge

Form 419